**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division – Greenbelt)**

| | | |
|---|---|---|
| **JANE DOE,** | * | |
| | * | |
| *Plaintiff*, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-04595 |
| | * | |
| **DISTRICT OF COLUMBIA**, **et al.,** | * | |
| | * | |
| *Defendants*. | * | |

**PLAINTIFF'S MOTION TO SEAL MOTION FOR LEAVE TO PROCEED UNDER THE PSEUDONYM JANE DOE**

Plaintiff Jane Doe ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court pursuant to Local Rule 105.11 for permission to file under seal the unredacted version of her Motion for Leave to Proceed Under the Pseudonym Jane Doe and accompanying Memorandum in Support. In support of this Motion, Plaintiff states as follows:

1. Plaintiff has contemporaneously moved for leave to proceed in this action under the pseudonym Jane Doe because this action arises from the rape and sexual assault she suffered at the hands of Defendant Charles Watts, a sworn officer of the Metropolitan Police Department of the District of Columbia.

2. Plaintiff's Motion for Leave to Proceed Under the Pseudonym Jane Doe and accompanying Memorandum in Support identify Plaintiff by her true name and discuss the exceptionally graphic and intimate nature of the sexual assault allegations, as well as the significant psychological harm Plaintiff has suffered as a result.

3. Public disclosure of these documents would defeat the very purpose of Plaintiff's request

for anonymity by associating her true identity with the graphic details of her sexual assault and the resulting psychological injuries.

4. Plaintiff seeks only to protect her identity from public disclosure and does not seek to conceal the basis for her request or prevent public access to the Court's consideration of the legal issues presented. Accordingly, Plaintiff proposes that a redacted version of the Motion and Memorandum, identifying Plaintiff as Jane Doe, remain publicly accessible while the unredacted versions identifying her true name are maintained under seal.

5. The requested relief is narrowly tailored to protect Plaintiff's privacy interests while preserving public access to the substance of the motion, the legal arguments presented, and the Court's consideration of the requested relief.

6. Redaction of Plaintiff's true name from the publicly accessible versions, coupled with the filing of the unredacted documents under seal, is the least restrictive means of protecting Plaintiff's identity.

WHEREFORE, Plaintiff respectfully requests that this Court grant her Motion, permit the unredacted Motion for Leave to Proceed Under the Pseudonym Jane Doe and accompanying Memorandum in Support to be maintained under seal, and allow redacted versions identifying Plaintiff as Jane Doe to remain publicly accessible.

Respectfully Submitted,

DATE: November 23, 2026

Nathaniel L. Foote, Esq. | Bar #30928
Kylie E. Tejera, Esq. | Bar #31966
**ANDREOZZI + FOOTE**
4503 N. Front Street, Harrisburg, PA 17110
Ph: (800) 706-2764 | Fax: (717) 525-9143
Email: teamc@vca.laW
*Counsel for Plaintiff*

**CERITFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of November 2026, a copy of the foregoing Motion to Seal Motion for Leave to Proceed Under the Pseudonym Jane Doe was served upon all counsel of record via the Court's CM/ECF electronic filing system.

*/s/Nathaniel Foote*________________
Nathaniel Foote