**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division – Greenbelt)**

| | | |
|---|---|---|
| **JANE DOE,** | * | |
| | * | |
| *Plaintiff*, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-04595 |
| | * | |
| **DISTRICT OF COLUMBIA**, **et al.,** | * | |
| | * | |
| *Defendants*. | * | |

**PLAINTIFF'S MOTION TO SEAL UNREDACTED COMPLAINT**

Plaintiff Jane Doe ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court pursuant to Local Rule 105.11 for permission to file under seal the unredacted version of her Complaint, which identifies her true name. In support thereof, Plaintiff states as follows:

1. Plaintiff, by and through undersigned counsel, respectfully moves this Court pursuant to Local Rule 105.11 for permission to file under seal the unredacted version of her Complaint, which identifies her true name. In support of this Motion, Plaintiff states as follows:

2. Plaintiff brings this action arising from the rape and sexual assault she suffered at the hands of Defendant Charles Watts, a sworn officer of the Metropolitan Police Department of the District of Columbia.

3. The Complaint contains exceptionally graphic and intimate allegations concerning the sexual assault, including details of the circumstances under which Defendant Watts detained and sexually assaulted Plaintiff while acting under color of law.

4. Public disclosure of Plaintiff's identity in connection with these allegations would

unnecessarily expose her to public scrutiny and permanently associate her name with the intimate details of her sexual assault.

5. Plaintiff has suffered significant and continuing psychological harm as a result of the assault, including paranoia, anxiety, and other trauma-related symptoms requiring continuing therapy and prescribed psychiatric medication. Publicly associating her identity with the graphic details of the assault creates an unnecessary risk of further emotional harm and retraumatization.

6. Plaintiff is contemporaneously seeking leave to proceed under the pseudonym Jane Doe. Accordingly, Plaintiff proposes that a redacted version of the Complaint, identifying her only as Jane Doe, remain publicly accessible while the unredacted version identifying her true name is maintained under seal.

7. The requested relief is narrowly tailored to protect Plaintiff's legitimate privacy interests without restricting public access to the substantive allegations, claims, or identities of Defendants.

8. Redaction of Plaintiff's true name from the publicly accessible Complaint, coupled with the filing of the unredacted Complaint under seal, is the least restrictive means of protecting Plaintiff's identity.

WHEREFORE, Plaintiff respectfully requests that this Court grant her Motion, permit the unredacted Complaint to be maintained under seal, and allow the redacted Complaint identifying Plaintiff as Jane Doe to remain publicly accessible.

Respectfully Submitted,

DATE: November 23, 2026

Nathaniel L. Foote, Esq. | Bar #30928
Kylie E. Tejera, Esq. | Bar #31966
**ANDREOZZI + FOOTE**
4503 N. Front Street, Harrisburg, PA 17110
Ph: (800) 706-2764 | Fax: (717) 525-9143

Email: teamc@vca.law
*Counsel for Plaintiff*

**CERITFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of November 2026, a copy of the foregoing Motion to Seal Unredacted Complaint was served upon all counsel of record via the Court's CM/ECF electronic filing system.

*/s/Nathaniel Foote*________________
Nathaniel Foote